## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JEROME JUNIOR WASHINGTON,

      Plaintiff,

    v.

MICHAEL KNAPP, *et al.*,

      Defendants.

No. 4:22-CV-01269

(Chief Judge Brann)

## ORDER

**AND NOW**, this 19th day of December 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.    Plaintiff's motion (Doc. 9) for leave to proceed *in forma pauperis* is **GRANTED**.

2.    The complaint is **DEEMED** filed.

3.    Plaintiff shall pay the full filing fee of $350.00, based on the financial information provided in the application to proceed *in forma pauperis* and the Prisoner Trust Fund Account Statement.  The full filing fee shall be paid regardless of the outcome of the litigation.

4.    Pursuant to 28 U.S.C. § 1915(b)(1) and (2), the Superintendent, Warden, or other appropriate official at Plaintiff's place of confinement is directed to DEDUCT an initial partial filing fee of 20% of the greater of:

    a.    the average monthly deposits in the inmate's prison account for the past six months, or

    b.    the average monthly balance in the inmate's prison account for the past six months.

The initial partial filing fee shall be forwarded to the Clerk of the United States District Court for the Middle District of Pennsylvania, P.O. Box 1148, Scranton, Pennsylvania, 18501-1148, to be credited to the above-captioned docket number. In each succeeding month, when the amount in Plaintiff's inmate trust fund account exceeds $10.00, the Superintendent, Warden, or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Plaintiff's inmate trust fund account until the fees are paid. Each payment shall reference the above-captioned docket number.

5.    The Clerk of Court is directed to FORWARD a copy of this Order to the Superintendent/Warden of the institution wherein Plaintiff is presently confined.

6.    Plaintiff's claims are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted with the exception of his Section 1983 supervisory liability claim against defendant Unit Manager Michael Knapp.

7.    The Clerk of Court is directed to terminate defendant Superintendent Salamon.

8.    In accordance with Federal Rule of Civil Procedure 4(c)(3), the Clerk of Court is further directed to SERVE a copy of the Complaint (Doc. 1), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399) and this Order on defendant Michael Knapp.  In the interest of efficient administrative judicial economy, the Court requests that Defendant waive service pursuant to Federal Rule of Civil Procedure 4(d).

BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

- 2 -