IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEROME JUNIOR WASHINGTON, | No. 4:22-CV-01269 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| MICHAEL KNAPP, *et al.*, | |
| Defendants. | |

# **ORDER**

**AND NOW**, this 5th day of December 2024, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1. Defendant Michael Knapp's motion (Doc. 62) for summary judgment pursuant to Federal Rule of Civil Procedure 56 is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of defendant Knapp and against plaintiff Jerome Junior Washington as to Washington's Section 1983 Eighth Amendment supervisory liability claim of deliberate indifference to serious medical needs.

3. In the event that Plaintiff attempts to appeal this decision *in forma pauperis* under the exception provided by Federal Rule of Appellate Procedure 24(a)(3), he may not do so. Plaintiff "is not otherwise entitled to proceed in forma pauperis"[1] because he has incurred at least 3 strikes under 28 U.S.C. § 1915(g). That is, Plaintiff "has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted,"[2] and he is not "under

---

[1] *See* FED. R. APP. P. 24(a)(3)(A).
[2] 28 U.S.C. § 1915(g); *see Washington v. Weiner*, 2:16-cv-2487 (E.D. Pa.); *Washington v. Myers*, 4:22-cv-1858 (M.D. Pa.); *Washington v. Wright*, 2:22-cv-1201 (W.D. Pa.); *Washington v. Britte*, 2:22-cv-1202 (W.D. Pa.); *Washington v. Salamon*, 4:23-cv-1659 (M.D. Pa.).

imminent danger of serious physical injury"[3] with respect to any claim or allegation in this case.

4. The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

---

[3]  28 U.S.C. § 1915(g).